## HELEN HAYES *v.* MANCHESTER MEMORIAL HOSPITAL ET AL.

The defendant Wells Jacobson's petition for certification for appeal from the Appellate Court, 38 Conn. App. 471 (AC 12453), is denied.

*Louis B. Blumenfeld,* in support of the petition.

*Louis W. Flynn, Jr.,* in opposition.

Decided October 27, 1995

## HELEN HAYES *v.* MANCHESTER MEMORIAL HOSPITAL ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 471 (AC 12453), is denied.

*Lois B. Tanzer,* in support of the petition.

*Louis W. Flynn, Jr.,* in opposition.

Decided October 27, 1995

## MIDDLESEX MUTUAL ASSURANCE COMPANY *v.* EDWARD CLINTON ET AL.

The defendant Judith Clinton's petition for certification for appeal from the Appellate Court, 38 Conn. App. 555 (AC 13428), is denied.

*Judith Clinton,* pro se, in support of the petition.

*Joel J. Rottner* and *Jonathan Kline,* in opposition.

Decided October 27, 1995

## STATE OF CONNECTICUT *v.* MARY THERIAULT

The state of Connecticut's petition for certification for appeal from the Appellate Court, 38 Conn. App. 815 (AC 13046), is denied.